**Order entered October 5, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00717-CV

### JOE ERVIN LOCKRIDGE, Appellant

### V.

### STEPHANIE MARTIN, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02578**

## ORDER

Before the Court is appellant's October 4, 2021 motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 1, 2021.

/s/    KEN MOLBERG
         JUSTICE